USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06 Apr 2017

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DEAN GILLISPIE, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) Case No. 1:17-cv-08538 |
| v. | ) |
| | ) JUDGE LAURA TAYLOR SWAIN |
| GENERAL MOTORS LLC, ET AL., | ) |
| | ) Appeal from Case No. 09-50026 |
| Defendant-Appellees. | ) |
| | ) |

## APPELLANT'S SECOND UNOPPOSED
## MOTION FOR EXTENSION OF TIME

Plaintiff-Appellant Roger Dean Gillispie, by and through his attorney, Loevy & Loevy, hereby moves the Court for an extension of time of thirty (30) days, until and including May 28, 2018, to file his opening brief. In support of his motion, Appellant states as follows:

1. Currently, Appellant Roger Dean Gillispie's opening brief is due on April 26, 2018.

2. As the Court was previously apprised, lead Counsel for Appellant, David B. Owens, has several professional obligations during the months of March and April that necessitated an extension to the April 26, 2018, date.

3. Most significant among these is a trial in the matter of *Williams v. Hargrove*, case no. 16-cv-266, in the Southern District of Mississippi, which had been originally set to commence on April 2, 2018. The trial, which is anticipated to

run roughly two weeks, has now been continued to April 16, 2018, precluding completion of the opening brief by April 26, 2018.

4. Accordingly, counsel is requesting a thirty (30) day extension of time to file his opening brief, making it due on May 28, 2018.

5. Mr. Gillispie has conferred with counsel for Appellees who do not object to the extension.

6. This motion is not being brought to hinder or delay these proceedings, and no party will be prejudiced by the relief requested in this motion.

WHEREFORE, Plaintiff-Appellant Roger Dean Gillispie requests an extension of time of thirty (30) days, until and including May 28, 2018, to file his response brief.

The requested extension is granted. DE #24 resolved.

SO ORDERED:

_____ 4/6/18
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,

/s/David B. Owens

Mike Kanovitz
David B. Owens
LOEVY & LOEVY
312 North May St., Suite 100
Chicago, IL 60607
(312) 243-5900
Email: Mike@loevy.com
         David@loevy.com

Counsel for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, certify that I caused the foregoing Motion to be delivered, via the Court's electronic filing system, on all counsel of record on April 5, 2018.