# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DEAN GILLISPIE, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) Case No. 1:17-cv-08538 |
| v. | ) |
| | ) JUDGE LAURA TAYLOR SWAIN |
| GENERAL MOTORS LLC, ET AL., | ) |
| | ) Appeal from Case No. 09-50026 |
| Defendant-Appellees. | ) |
| | ) |

## APPELLANTS THIRD [UNOPPOSED]
## MOTION FOR EXTENSION OF TIME

Plaintiff-Appellant Roger Dean Gillispie, by and through his attorneys, Loevy & Loevy, hereby moves the Court for an extension of time of thirty (30) days, until and including June 29, 2018, to file his opening brief. In support of his motion, Appellant states as follows:

1. Before this Court is an appeal from the Bankruptcy Court. Currently, Appellant Roger Dean Gillispie's opening brief is due on May 28, 2018. (Given the deadline falls on a holiday, the brief is due May 29, 2019).

2. As the Court was previously apprised, lead Counsel for Appellant, David B. Owens, was involved in a complex trial matter *Williams v. Hargrove*, case no. 16-cv-266, in the Southern District of Mississippi, which had been originally set to commence on April 2, 2018 but was moved to April 16, 2018. Though the trial has ended, counsel's obligations in the *Williams* matter have continued .

3. In addition, after the trial, counsel faced several other immovable dispositive motion briefings that could not be moved or altered, given the status of the litigation in those matters.

4. Accordingly, counsel is requesting a **final** thirty (30) day extension of time to file his opening brief, making it due on June 29, 2018.

5. Mr. Gillispie has conferred with counsel for Appellees who do not object to the extension.

6. This motion is not being brought to hinder or delay these proceedings, and no party will be prejudiced by the relief requested in this motion.

WHEREFORE, Plaintiff-Appellant Roger Dean Gillispie requests an extension of time of thirty (30) days, until and including June 29, 2018, to file his opening brief on appeal.

RESPECTFULLY SUBMITTED,

/s/David B. Owens

Mike Kanovitz
David B. Owens
LOEVY & LOEVY
311 N. Aberdeen St., 3rd FL
Chicago, IL 60607
(312) 243-5900
Email: Mike@loevy.com
　　　　David@loevy.com


Counsel for Plaintiff-Appellant

## **CERTIFICATE OF SERVICE**

     I, David B. Owens, an attorney, certify that I caused the foregoing Motion to be delivered, via the Court's electronic filing system, on all counsel of record on May 24, 2018.