IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DEAN GILLISPIE, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) Case No. 1:17-cv-08538 |
| v. | ) |
| | ) JUDGE LAURA TAYLOR SWAIN |
| GENERAL MOTORS LLC, ET AL., | ) |
| | ) Appeal from Case No. 09-50026 |
| Defendant-Appellees. | ) |
| | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-25-2018

## APPELLANTS THIRD [UNOPPOSED]
## MOTION FOR EXTENSION OF TIME

Plaintiff-Appellant Roger Dean Gillispie, by and through his attorneys, Loevy & Loevy, hereby moves the Court for an extension of time of thirty (30) days, until and including June 29, 2018, to file his opening brief. In support of his motion, Appellant states as follows:

1. Before this Court is an appeal from the Bankruptcy Court. Currently, Appellant Roger Dean Gillispie's opening brief is due on May 28, 2018. (Given the deadline falls on a holiday, the brief is due May 29, 2019).

2. As the Court was previously apprised, lead Counsel for Appellant, David B. Owens, was involved in a complex trial matter *Williams v. Hargrove*, case no. 16-cv-266, in the Southern District of Mississippi, which had been originally set to commence on April 2, 2018 but was moved to April 16, 2018. Though the trial has ended, counsel's obligations in the *Williams* matter have continued.

3. In addition, after the trial, counsel faced several other immovable dispositive motion briefings that could not be moved or altered, given the status of the litigation in those matters.

4. Accordingly, counsel is requesting a **final** thirty (30) day extension of time to file his opening brief, making it due on June 29, 2018.

5. Mr. Gillispie has conferred with counsel for Appellees who do not object to the extension.

6. This motion is not being brought to hinder or delay these proceedings, and no party will be prejudiced by the relief requested in this motion.

WHEREFORE, Plaintiff-Appellant Roger Dean Gillispie requests an extension of time of thirty (30) days, until and including June 29, 2018, to file his opening brief on appeal.

The foregoing extension Motion is granted. DE #26 resolved.

SO ORDERED:

/s/ Laura Taylor Swain
5-24-2018
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,

/s/David B. Owens

Mike Kanovitz
David B. Owens
LOEVY & LOEVY
311 N. Aberdeen St., 3rd FL
Chicago, IL 60607
(312) 243-5900
Email: Mike@loevy.com
David@loevy.com

Counsel for Plaintiff-Appellant

2