# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com
Scott Davidson
Direct Dial: 212-556-2164
sdavidson@kslaw.com

August 3, 2018

**VIA ECF FILING**
The Honorable Laura Taylor Swain
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-2018
```

> Re:  *In re: Motors Liquidation Company*
>      Case No.: 1:17-cv-08538-LTS
>
> **Letter Motion Requesting Adjournment of Initial Case Conference**

Dear Judge Swain:

Pursuant to Rule 1(f) of Your Honor's Individual Practice Rules, General Motors LLC ("New GM"), one of the appellees in the above-referenced bankruptcy appeal, respectfully requests that the Initial Case Conference, currently scheduled for September 21, 2018 at 3:00 p.m., be adjourned to a date in early October 2018. The reason for this request is that counsel for New GM has an unavoidable conflict on the date of the scheduled conference. This is New GM's first request for an adjournment in this case (although the Initial Case Conference has been previous adjourned by the Court). The undersigned has contacted the other parties to this appeal about the requested adjournment, and they each have stated that they have no objection to New GM's request.

*The conference is adjourned to October 11, 2018, at 10:00 AM. DE #32 resolved.*

SO ORDERED:

*/s/ Laura Taylor Swain 8/6/18*
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Scott Davidson
Scott Davidson

SD/hs